AO 240 (Rev. 9/96)

# United States District Court

Eastern _____ **DISTRICT OF** Massachusetts

Rolando Rodriguez

Plaintiff

V.

Lois Russo, Superintendent
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

**CASE NUMBER:**

I, ___ Rolando Rodrigues _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to *proceed without prepayment of fees or costs* under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☒ Yes          ☐ No    (If "No" go to Part 2)
   If "Yes" state the place of your incarceration Souza Baranowski Correctional Center

   Are you employed at the institution? _Yes_        Do you receive any payment from the institution? _Yes_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?        ☒ Yes          ☐ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
      S.B.C.C., P.O. Box 8000, Shirley, MA.    01464

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

      N/A

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment          ☐ Yes    ☒ No
   b. Rent payments, interest or dividends                    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments          ☐ Yes    ☒ No
   d. Disability or workers compensation payments             ☐ Yes    ☒ No
   e. Gifts or inheritances                                   ☐ Yes    ☒ No
   f. Any other sources                                       ☒ Yes    ☐ No

If the answer to any of the above is "yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

This form was electronically produced by Elite Federal Forms, Inc.

See printout attached.

AO 240 (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?    ☒Yes    ☐ No
   If "yes" state the total amount.    $4.33    See printout

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒No
   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

     N/A

I declare under penalty of perjury that the above information is true and correct.

July 13, 2005
~~June~~
DATE

SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, __Rolando Rodriguez__, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

I further swear that the responses I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1.    Are you presently employed? Yes __X__ No ___
      a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

      b. If the answer is no, state the date of your last employment and the amount of salary or wages per month which you received.

2.    Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources? Yes _XX_ No ___

      a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

                        See printout

3.    Do you own any cash or have a checking or savings account? Yes __X__ No ___

      a. If the answer is yes, state the total value of the items owned.

                     See printout attached.

4.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing) Yes ___ No _xx_

      a. If the answer is yes, describe the property and state its approximate value.
                            N/A

5.    List the persons who are dependent upon you for support and state your    relationship to those persons.
                 N/A

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: __7 / 13__, 19 _2005_

                                                    _____
                                                              (Signature)

Resend 6-18-03;

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20050613 14:13

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit# : | W65630 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page : 1 | |
| Name : | RODRIGUEZ, ROLANDO, , | | | | **Statement From** 20050101 | | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To 20050613 | | | | |
| Block : | K2 | | | | | | | | |
| Cell/Bed : | 57 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $4,691.26 | $4,392.00 | $0.00 | $0.00 |
| 20050105 11:44 | EX - External Disbursement | 3930985 | 24095 | SBCC | ~SUB.~MAXIM | $0.00 | $14.47 | $0.00 | $0.00 |
| 20050105 11:44 | MA - Maintenance and Administration | 3930986 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050106 13:40 | PY - Payroll | 3943970 | | SBCC | ~20041219 To 20041225 | $5.00 | $0.00 | $0.00 | $8.00 |
| 20050107 22:30 | CN - Canteen | 3952036 | | SBCC | ~Canteen Date : 20050107 | $0.00 | $67.55 | $0.00 | $0.00 |
| 20050112 11:14 | EX - External Disbursement | 3965069 | 24236 | SBCC | ~PHONE BILL~NEYDA NEVAREZ | $0.00 | $30.00 | $0.00 | $0.00 |
| 20050112 23:07 | PY - Payroll | 3975432 | | SBCC | ~20041226 To 20050101 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980091 | | SBCC | | $0.76 | $0.00 | $0.00 | $0.00 |
| 20050114 22:30 | CN - Canteen | 3999260 | | SBCC | ~Canteen Date : 20050114 | $0.00 | $49.66 | $0.00 | $0.00 |
| 20050119 23:08 | PY - Payroll | 4019706 | | SBCC | ~20050102 To 20050108 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050121 22:30 | CN - Canteen | 4028419 | | SBCC | ~Canteen Date : 20050121 | $0.00 | $49.99 | $0.00 | $0.00 |
| 20050125 12:02 | EX - External Disbursement | 4033569 | 24374 | SBCC | ~PUZZLES FOR KIDS~THE UNITED STATES PLAYING CARDS CO. | $0.00 | $11.75 | $0.00 | $0.00 |
| 20050126 11:03 | EX - External Disbursement | 4039648 | 24417 | SBCC | ~PHONE BILL~NEYDA NEVAREZ | $0.00 | $40.00 | $0.00 | $0.00 |
| 20050126 23:04 | PY - Payroll | 4048724 | | SBCC | ~20050109 To 20050115 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056520 | | SBCC | ~Canteen Date : 20050128 | $0.00 | $27.59 | $0.00 | $0.00 |
| 20050202 23:07 | PY - Payroll | 4081659 | | SBCC | ~20050116 To 20050122 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050204 22:30 | CN - Canteen | 4091382 | | SBCC | ~Canteen Date : 20050204 | $0.00 | $18.00 | $0.00 | $0.00 |
| 20050209 12:57 | IC - Transfer from Inmate to Club A/c | 4106313 | | SBCC | ~photos~PHOTO - Z13~PHOTO - Z13 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109231 | | SBCC | | $0.44 | $0.00 | $0.00 | $0.00 |
| 20050209 23:07 | PY - Payroll | 4131784 | | SBCC | ~20050123 To 20050129 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050216 23:09 | PY - Payroll | 4164551 | | SBCC | ~20050130 To 20050205 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050218 22:30 | CN - Canteen | 4172986 | | SBCC | ~Canteen Date : 20050218 | $0.00 | $14.13 | $0.00 | $0.00 |
| 20050223 23:10 | PY - Payroll | 4193497 | | SBCC | ~20050206 To 20050212 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050225 22:30 | CN - Canteen | 4201300 | | SBCC | ~Canteen Date : 20050225 | $0.00 | $8.79 | $0.00 | $0.00 |
| 20050302 23:06 | PY - Payroll | 4225147 | | SBCC | ~20050213 To 20050219 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050304 22:30 | CN - Canteen | 4235109 | | SBCC | ~Canteen Date : 20050304 | $0.00 | $4.85 | $0.00 | $0.00 |
| 20050307 10:10 | ML - Mail | 4237806 | | SBCC | ~HIRAM MORALES | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050307 10:10 | ML - Mail | 4237813 | | SBCC | ~EMILINA TORRES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050307 10:10 | MA - Maintenance and Administration | 4237807 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 11:15 | EX - External Disbursement | 4238746 | 24974 | SBCC | ~PHONE BILL~NEYDA NEVAREZ | $0.00 | $50.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date: 20050613 14:13**

| Commit# : | W65630 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name :** | RODRIGUEZ, ROLANDO, , | | | | **Statement From** | 20050101 | | | |
| **Inst :** | SOUZA-BARANOWSKI CORRECTIONAL | | | | **To** | 20050613 | | | |
| **Block :** | K2 | | | | | | | | |
| **Cell/Bed :** | 57/A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050309 23:09 | PY - Payroll | 4260420 | | SBCC | ~20050220 To 20050226 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050311 22:30 | CN - Canteen | 4269598 | | SBCC | ~Canteen Date : 20050311 | $0.00 | $46.64 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280372 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20050316 23:11 | PY - Payroll | 4307857 | | SBCC | ~20050227 To 20050305 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050318 22:30 | CN - Canteen | 4316213 | | SBCC | ~Canteen Date : 20050318 | $0.00 | $34.14 | $0.00 | $0.00 |
| 20050323 23:08 | PY - Payroll | 4339660 | | SBCC | ~20050306 To 20050312 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050325 22:30 | CN - Canteen | 4348803 | | SBCC | ~Canteen Date : 20050325 | $0.00 | $8.37 | $0.00 | $0.00 |
| 20050330 23:09 | PY - Payroll | 4370606 | | SBCC | ~20050313 To 20050319 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050401 22:30 | CN - Canteen | 4380527 | | SBCC | ~Canteen Date : 20050401 | $0.00 | $7.49 | $0.00 | $0.00 |
| 20050406 23:08 | PY - Payroll | 4408221 | | SBCC | ~20050320 To 20050326 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420359 | | SBCC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20050408 22:30 | CN - Canteen | 4434353 | | SBCC | ~Canteen Date : 20050408 | $0.00 | $1.80 | $0.00 | $0.00 |
| 20050412 09:12 | ML - Mail | 4442403 | | SBCC | ~EMIELINA TORRES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050412 09:12 | MA - Maintenance and Administration | 4442405 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050413 23:07 | PY - Payroll | 4459072 | | SBCC | ~20050327 To 20050402 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050415 10:21 | IC - Transfer from Inmate to Club A/c | 4466653 | | SBCC | ~POSTAGE/PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050415 22:30 | CN - Canteen | 4468691 | | SBCC | ~Canteen Date : 20050415 | $0.00 | $43.94 | $0.00 | $0.00 |
| 20050419 11:24 | EX - External Disbursement | 4474370 | 25627 | SBCC | ~BILL~NEYDA NEVAREZ | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050422 22:30 | CN - Canteen | 4498568 | | SBCC | ~Canteen Date : 20050422 | $0.00 | $44.09 | $0.00 | $0.00 |
| 20050427 23:10 | PY - Payroll | 4520228 | | SBCC | ~20050410 To 20050416 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050429 22:30 | CN - Canteen | 4529380 | | SBCC | ~Canteen Date : 20050429 | $0.00 | $7.83 | $0.00 | $0.00 |
| 20050502 10:12 | ML - Mail | 4532799 | | SBCC | ~HIRAM MORALES | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050502 10:12 | ML - Mail | 4532811 | | SBCC | ~DELIRIS SIERRA | $55.00 | $0.00 | $0.00 | $0.00 |
| 20050502 10:12 | MA - Maintenance and Administration | 4532801 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 16:03 | IC - Transfer from Inmate to Club A/c | 4535699 | | SBCC | ~haircut 4/4-4/8~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050503 11:22 | EX - External Disbursement | 4540556 | 25870 | SBCC | ~BOOK~EDWARD R. HAMILTON | $0.00 | $9.45 | $0.00 | $0.00 |
| 20050503 11:22 | EX - External Disbursement | 4540557 | 25869 | SBCC | ~BOOK~WALDEN | $0.00 | $26.55 | $0.00 | $0.00 |
| 20050503 16:33 | IC - Transfer from Inmate to Club A/c | 4541485 | | SBCC | ~mother's day photos~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| 20050504 23:17 | PY - Payroll | 4556394 | | SBCC | ~20050417 To 20050423 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050506 22:30 | CN - Canteen | 4568391 | | SBCC | ~Canteen Date : 20050506 | $0.00 | $33.00 | $0.00 | $0.00 |

# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20050613 14:13

| | | | | | | | | | Page : 3 |

| Commit# : | W65630 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | |
| Name : | RODRIGUEZ, ROLANDO, , | | | | Statement From | 20050101 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | | To | 20050613 | | |
| Block : | K2 | | | | | | | | |
| Cell/Bed : | 57/A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20050510 12:05 | CI - Transfer from Club to Inmate A/c | 4578093 | | SBCC | ~photo refund~W65630 RODRIGUEZ,ROLANDO PERSONAL~PHOTO - Z13 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4586811 | | SBCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20050511 23:10 | PY - Payroll | 4608763 | | SBCC | ~20050424 To 20050430 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050513 22:30 | CN - Canteen | 4619293 | | SBCC | ~Canteen Date : 20050513 | $0.00 | $9.01 | $0.00 | $0.00 |
| 20050516 13:17 | ML - Mail | 4622752 | | SBCC | ~EDWARD HAMILTON REFUND | $2.00 | $0.00 | $0.00 | $0.00 |
| 20050518 23:14 | PY - Payroll | 4642382 | | SBCC | ~20050501 To 20050507 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050520 22:30 | CN - Canteen | 4651644 | | SBCC | ~Canteen Date : 20050520 | $0.00 | $11.87 | $0.00 | $0.00 |
| 20050525 23:15 | PY - Payroll | 4674076 | | SBCC | ~20050508 To 20050514 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050525 23:15 | PY - Payroll | 4674372 | | SBCC | ~20050508 To 20050514~Corrected Payroll 20050403 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4678972 | | SBCC | ~Canteen Date : 20050526 | $0.00 | $9.28 | $0.00 | $0.00 |
| 20050601 23:08 | PY - Payroll | 4704278 | | SBCC | ~20050515 To 20050521 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050603 22:30 | CN - Canteen | 4715648 | | SBCC | ~Canteen Date : 20050603 | $0.00 | $14.92 | $0.00 | $0.00 |
| 20050608 23:10 | PY - Payroll | 4742647 | | SBCC | ~20050522 To 20050528 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4748711 | | SBCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20050610 22:30 | CN - Canteen | 4768893 | | SBCC | ~Canteen Date : 20050610 | $0.00 | $3.72 | $0.00 | $0.00 |
| | | | | | | $445.40 | $740.33 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $4.33 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $4.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |