UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rolando Rodriguez <br> Petitioner (PRINT OR TYPE YOUR NAME), <br><br> v. <br><br> Lois Russo <br> Superintendent, (NAME OF SUPERINTENDENT) <br> S.B.C.C., P.O. BOX 8000 <br> Shirley, MA. 01464 <br> (NAME OF PRISON) Respondent. | CIVIL ACTION <br> NO. 05-11521- <br><br> RCL |

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the petitioner in the above-entitled actions and respectfully moves this Honorable Court for appointment of counsel pursuant to 18 USC § 3006A(a)(2)(B). As grounds therefore, the petitioner states that he has raised meritorious issues in his Petition for a Writ of Habeas Corpus for a Prisoner in State Custody filed pursuant to 28 USC § 2254, and that he is without funds to hire a lawyer, as set forth in his Application to Proceed Without Prepayment of Fees and Affidavit, filed this day with this motion.

For all the foregoing reasons, the Court should appoint counsel for the petitioner in the above-entitled action.

Date: July 13, 2005

(SIGN YOUR NAME) Pro Se

Souza Baranowski Correctional Center
(NAME OF PRISON OR INSTITUTION)
P.O. BOX 8000, Shirley, MA. 01464
(STREET ADDRESS OR P.O. BOX)
Shirley          MA.          01464
(CITY            STATE        ZIP CODE)