UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROLANDO RODRIGUEZ, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11521-RCL |
| | ) | |
| LOIS RUSSO, | ) | |
| Respondent. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the respondent, Lois Russo.

                                      Respectfully submitted,

                                      THOMAS F. REILLY
                                    ATTORNEY GENERAL

                                    /s/ Jonathan Ofilos
                                    Jonathan Ofilos
                                    Assistant Attorney General
                                    Criminal Bureau
                                    One Ashburton Place
                                    Boston, Massachusetts 02108
                                    (617) 727-2200, ext. 2634
                                    BBO #  658091

Dated: August 12, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the petitioner, Rolando Rodriquez, on August 12, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Rolando Rodriguez, *pro se*, W65630, Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464.

    /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General