UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| ROLANDO RODRIGUEZ, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11521-RCL |
| | ) | |
| LOIS RUSSO, | ) | |
| Respondent. | ) | |
| | ) | |

**MOTION FOR RELIEF FROM CONFERENCE REQUIREMENT
PURSUANT TO FED.R.CIV.P. LOCAL RULE 7.1**

The respondent, through counsel, hereby respectfully requests that this Court grant relief from the requirement of Local Rule 7.1 of the Rules of Civil Procedure mandating that parties confer before filing motions in civil cases. In support of this motion, respondent states that such conferences are not practicable since the petitioner, who is acting pro se, is incarcerated.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO # 658091

Dated: August 12, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the petitioner, Rolando Rodriquez, on August 12, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Rolando Rodriguez, *pro se*, W65630, Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464.

    /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General