UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROLANDO RODRIGUEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-11521-RCL |
| LOIS RUSSO, | ) ) | |
| Respondent. | ) ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Docket sheets, *Commonwealth v. Rolando Rodriguez*, SUCR1997-10799.

2. Brief and Record Appendix on appeal from judgments of conviction and the denial of a Motion for New Trial to the Massachusetts Supreme Judicial Court (SJC-08128).

3. Brief and Record Appendix for the Commonwealth on appeal from judgment of conviction and the denial of a Motion for New Trial to the Massachusetts Supreme Judicial Court (SJC-08128).

4. *Commonwealth v. Rodriguez*, 437 Mass. 554, 773 N.E.2d 946 (2002).

5. Petitioner's Motion for Reduction in Verdict or New Trial Pursuant to Mass. R. Crim. P. 25 (b)(2).

6. November 12, 2003 Order on petitioner's Mass. R. Crim. P. 25 (b)(2) motion.

7. December 7, 2004 Order on petitioner's Mass. R. Crim. P. 25 (b)(2) motion.

8. November 1998 Trial Transcripts, *Commonwealth v. Rodrigues*, Volumes I-VIII.

9.      December 13, 2000 Motion for New Trial Transcripts, *Commonwealth v. Rodriguez*.

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO #  658091

Dated: September 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Rolando Rodriquez, on August 26, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Rolando Rodriguez, *pro se*, W65630, Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, Massachusetts 01464.

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General