UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROLANDO RODRIGUEZ,<br>　　　Petitioner,<br><br>　　　v.<br><br>LOIS RUSSO,<br>　　　Respondent. | )<br>)<br>)<br>)<br>)　　Civil Action No. 05-11521-RCL<br>)<br>)<br>)<br>) |

## MOTION FOR A SCHEDULING ORDER

Now comes the respondent, Lois Russo, Superintendent of the Souza-Baranowski Correctional Center, and hereby respectfully moves this Court to establish April 17, 2006 as the date for the petitioner to file his Memorandum of Law in Support of the Petition for Habeas Corpus. The respondent further requests thirty (30) days from the date of service of said memorandum, upon respondent, to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

WHEREFORE, the respondent respectfully requests that the Court set April 17, 2006 as the day the petitioner must file a Memorandum of Law in Support of the Petition for Habeas Corpus and thirty (30) days from the date of service upon respondent to file a Memorandum in Opposition to the petition.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO # 658091

Dated: March 3, 2006

## Local Rule 7.1

By order of the court, the moving party was not required to confer with other parties before filing this motion

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 3, 2006.

 /s/ Jonathan Ofilos
Jonathan Ofilos