UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROLANDO RODRIGUEZ : | |
| Petitioner : | |
| : | |
| v. : | Civil Action No. 05-11521-RCL |
| : | |
| LOIS RUSSO, : | |
| Respondent. : | |

MOTION TO STAY

Now Comes, Rolando Rodriguez, the petitioner in the above-entitled action and respectfully moves this Honorable Court for a Stay. In support thereof it is submitted.

1. Petitioner's Brief in this action is due the end of April, 2006.

2. Petitioner does not have funds to hire a lawyer.

3. Petitioner is unable to prepare the brief himself.

4. Petitioner has no one to help him prepare the Brief.

5. On March 14, 2006 Petitioner filed a Motion for Appointment of Counsel, which is still pending before this Court.

WHEREFORE, for all the foregoing reasons, the Court should Stay this matter until the Court issues a ruling on the Motion for Counsel.

Dated: April 14, 2006

Respectfully submitted,

Rolando Rodriguez, W-65630
P. O. Box 8000   SBCC
Shirley, MA 01464

## CERTIFICATE OF SERVICE

I, Rolando Rodriguez, hereby certify that a true and correct copy of the above document was served upon Jonathan Ofilos, Assistant Attorney General, One Ashburton Place, Boston, MA 02108-1598, on April 14, 2006 by depositing a copy in the SBCC mail box for delivery by first-class mail, psotage pre-paid.

Dated: April 14, 2006

Rollando Rodriguez

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

ROLANDO RODRIGUEZ,                :
            Petitioner,      :
                             :
   v.                            :    Civil Action NO. 05-11521-RCL
                             :
                             :
LOIS RUSSO,                       :
            Respondent,      :

## MOTION FOR APPOINTMENT OF COUNSEL

    Now Comes, Rolando Rodrigues, the petitioner in the above-entitled action and respectfully moves this Honorable Court for appointment of counsel pursuant to 18 USC § 3006A(a)(2)(B).

    As grounds for relief the Petitioner states the following:

    1.   He has raised meritorious issues in his Petition for a Writ of Habeas Corpus for a Prisoner in State Custody filed pursuant to 28 USC § 2254.

    2.   He is without funds to hire a lawyer.

    3.   The issues involved in this case are comples.

    4.   Petitioner cannot speak English.

    5.   Petitioner has a very limited access to the law library and research area of the prison.

    6.   Petitioner cannot understand what he reads.

7. The Petitioner has no knowledge of the law.

WHEREFORE, for all the foregoing reasons, the Court should appoint counsel for the petitioner in the above-entitled action.

Dated: <u>March 14, 2006</u>                    Respectfully submitted,

                                                */s/ Rolando Rodriguez*
                                                Rolando Rodriguez, W-65630
                                                SBCC
                                                P. O. Box 8000
                                                Shirley, MA 01464

CERTIFICATE OF SERVICE

I, Rolando Rodriquez hereby certify that a true copy of the above document was served upon Jonathan Ofilos, Assistant Attorney General, One Ashburton Place, Boston, MA 02108-1598, on March 14, 2006 by depositing a copy in the SBCC mail box for delivery by first-class mail, postage pre-paid.

Dated: March 14, 2006

/Rolando Rodriquez