# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROLANDO RODRIGUEZ,<br>        Petitioner,<br><br>        v.<br><br>LOIS RUSSO,<br>        Respondent. | )<br>)<br>)<br>)<br>)        Civil Action No. 05-11521-RCL<br>)<br>)<br>)<br>) |

## <u>MOTION FOR AMENDED SCHEDULING ORDER</u>

Now comes the respondent, Lois Russo, Superintendent of the Souza-Baranowski Correctional Center, and hereby respectfully moves this Court to amend its March 9, 2006 scheduling order by establishing August 28, 2006 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Writ of Habeas Corpus.  As grounds therefor, the respondent states that on April 25, 2006 the petitioner filed a motion for extension of time to June 30, 2006 to file his memorandum of law.  Due to the extension, the date set forth in the scheduling order for the respondent to respond is no longer practicable.

WHEREFORE, the respondent respectfully requests that the Court set August 28, 2006 as the day the respondent must file a Memorandum in Opposition to the respondent's Petition for Writ of Habeas Corpus.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO # 658091

Dated: July 25, 2006

## Local Rule 7.1

By order of the court, the moving party was not required to confer with other parties before filing this motion

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 25, 2006.

 /s/ Jonathan Ofilos
Jonathan Ofilos