UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROLANDO RODRIGUEZ, Petitioner, | ) ) ) ) | |
| v. | ) | Civil Action No. 05-11521-RCL |
| LOIS RUSSO, Respondent. | ) ) ) ) | |

**MOTION TO FILE MEMORANDUM OF LAW IN OPPOSITION
TO PETITION FOR WRIT OF HABEAS CORPUS ONE DAY LATE**

The respondent, through counsel, hereby respectfully requests that the court permit her to file her memorandum of law in opposition to the petition for a writ of habeas corpus one day late. The Respondent's Memorandum of Law in Opposition to Petition for a Writ of Habeas Corpus is filed with this Motion.  In support of the motion, the respondent states that undersigned counsel required the additional time period to complete the memorandum of law and to allow his supervisor an opportunity to review the memorandum.

WHEREFORE, the respondent respectfully requests that the court permit him to file the memorandum of law in opposition to the petition for a writ of habeas corpus one days late.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO # 658091

Dated: October 11, 2006

## Local Rule 7.1

By order of the court, the moving party was not required to confer with other parties before filing this motion.

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 11, 2006.

 /s/ Jonathan Ofilos
Jonathan Ofilos