Rolando Rodriguez #W-65630
M.C.I. - Norfolk
2 Clark Street, P.O. Box 43
Norfolk, Massachusetts 02056-0043

FILED
IN CLERKS OFFICE

2007 JUN -5 P 1: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 5, 2007

Sarah A. Thornton, Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: **RODRIGUEZ v. RUSSO,**

Civil Action No. 05-11521-RCL

Dear Clerk:

I am writing to inform the Court and this office that I now reside at MCI - Norfolk as opposed to SBCC, and would very much appreciate the appropriate changes being made to the case docket.

In a separate matter, I am inquiring at this time if the Court has made a ruling on my Petition for Writ of Habeas Corpus which was filed with the Court back on July 13, 2005.

If you could please take a moment to address these matters I would greatly appreciate it. Thank you for your time and assistance.

Respectfully yours,

Rolando Rodriguez

RR
cc: AAG
    File