UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ROLANDO RODRIGUEZ**

V.                                         CIVIL ACTION NO. **05-11521-RCL**

**LOIS RUSSO**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Memorandum and Order of July 6, 2007 denying the Petition for Habeas Corpus Relief, Judgment is hereby entered as follows: Judgment for the defendant Lois Russo.

July 10, 2007                              /s/ Lisa M. Hourihan
                                           Deputy Clerk